# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>Yang, Billy<br>　　　　Defendant. | Case No.: SA10-112 M<br>ORDER [OF DETENTION]<br>AFTER HEARING HELD PURSUANT<br>TO 18 U.S.C. § 3148 (B)<br>(Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge __Lorenz, SDCA__, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

　　(A) (X) that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

　　(B) ( ) that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

_____

_____

|    |     |     |     |                                                                                                                     |
|----|-----|-----|-----|---------------------------------------------------------------------------------------------------------------------|
| 1  |     |     |     | and                                                                                                                 |
| 2  | (2) |     |     |                                                                                                                     |
| 3  |     | (A) | ( ) | that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or |
| 7  |     | (B) | ( ) | that the defendant is unlikely to abide by any condition or combination of conditions of release.                   |
|    |     |     |     | and/or, in the event of (1) (A)                                                                                     |
| 10 | (3) |     | (X) | that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community. |
|    |     |     |     | or                                                                                                                  |
| 14 | (4) |     | ( ) | that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions. |
| 18 |     |     | ( ) | This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge]. |

or

C.

(X) IT IS ORDERED that the defendant be detained prior to trial.

DATED: 3/12/10

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

2